**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, JOSEPH A. CASTIGLIONE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-cr-0012 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| JOSEPH A. CASTIGLIONE, ) | Date       : May 10, 2007 |
| ) | Time       : 9:00 a.m. |
| Defendant. ) | Courtroom  : |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the Status Conference in the above-captioned matter be continued to May 10, 2007, from May 4, 2007.  The time and location of said Status Conference shall remain the same.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).  The reason for the continuance is that counsel for defendant has made plans to be out of the State and will not be returning until May 9, 2007.

Dated:  March 7, 2007        /s/ Dale A. Blickenstaff
                             DALE A. BLICKENSTAFF
                             Attorney for Defendant, JOSEPH A. CASTIGLIONE


Dated: March 7, 2007         /s/
                             SHEILA K. OBERTO
                             Assistant U. S. Attorney

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:07-cr-0012 LJO**

# ORDER

The Court finds there is good cause, both for the continuance and for the exclusion of time, on the same factual basis that is stated in the stipulation, i.e. unavailability of counsel. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  **March 12, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES DISTRICT JUDGE